HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CILVINO DEJESUS HERNANDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CILVINO DEJESUS HERNANDEZ,<br><br>  Defendant. | No. Cr. S 12-395 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable WILLIAM B. SHUBB |

Defendant, CILVINO DEJESUS HERNANDEZ, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On April 29, 2013, this Court sentenced Mr. Hernandez to a term of 75 months imprisonment;

3. Mr. Hernandez' total offense level was 29, his criminal history category was VI, and the resulting guideline range was 151 to 188 months. This Court sentenced him below the

applicable mandatory minimum and the advisory guideline range pursuant to government's motion;

4. The sentencing range applicable to Mr. Hernandez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Hernandez' total offense level has been reduced from 29 to 27, and his amended guideline range is 130 to 162 months. A reduction comparable to the one he received initially produces a term of 64 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Hernandez' term of imprisonment to a total term of 64 months. The parties agree that the requested sentence is fair and appropriate pursuant to 18 U.S.C. § 3553(a).

Respectfully submitted,

Dated:  July 24, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Jason Hitt*_____
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   July 24, 2015

HEATHER E. WILLIAMS
Federal Defender

 /s/ *Hannah Labaree*  __
HANNAH LABAREE
Assistant Federal Defender

Attorney for Defendant
CILVINO DEJESUS HERNANDEZ

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Hernandez is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 130 to 162 months. The original sentence was arrived at by considering the government's request for a 50% reduction from the low end of the guideline range of 151-188.

To avoid sentencing in half-month increments, the court imposed a sentence of 75 months. A 50% reduction from the bottom of the amended guideline range produces a term of 65 months.

Accordingly, IT IS HEREBY ORDERED that the term of imprisonment imposed in April 2013 is reduced to a term of 65 months. This sentence is fair and reasonable pursuant to 18 U.S.C. § 3553(a).

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Hernandez shall report to the United States Probation Office within seventy-two hours after his release.

Dated: October 15, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE