UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 27, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CILVINO DEJESUS HERNANDEZ

Defendant.

Case No. 2:12-cr-00395-WBS

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release CILVINO DEJESUS HERNANDEZ

Case No. 2:12-cr-00395-WBS Charge 18 USC § 3583 from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

\_\_\_\_\_ Unsecured Appearance Bond $ _____

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

**X** (Other): Temporarily released until 6/28/2018 with drug testing by Probation and Supervised Release conditions as stated on the record in open court and as previously imposed.

Issued at Sacramento, California on June 27, 2018 at 2:00 PM

By: _____
Magistrate Judge Kendall J. Newman